# Summons

## Collection Information Statement

**In the matter of** ALBERT M. KELLY, 2000  SOUTH A-1-A,  APT 202N, JUPITER, FL  33477
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 3 (23)
**Periods:** Form CIVPEN for the quarterly periods ending June 30, 2005 and September 30, 2006

**The Commissioner of Internal Revenue**

**To:** ALBERT M. KELLY
**At:** 2000 SOUTH A-1-A,  APT 202 N,  JUPITER, FL  33477

You are hereby summoned and required to appear before MS. K. KULANI, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2010  To 03/31/2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

### Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

7850 S.W. 6TH COURT,  STOP 5180,  PLANTATION  FL  33324-3202  (954) 423-7368

**Place and time for appearance: At** 7850 S.W. 6TH COURT,  STOP 5180,  PLANTATION,  FL  33324-3202

**IRS**

**Department of the Treasury**
**Internal Revenue Service**
**www.irs.gov**
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

**on the** 17th **day of** May , 2010 **at** 9:00 **o'clock** a **m.**

**Issued under authority of the Internal Revenue Code this** 9th **day of** April , 2010

MS. K. KULANI
*Signature of issuing officer*

REVENUE OFFICER
*Title*

*Signature of approving officer (if applicable)*

*Title*

Exhibit A-1

**Original -- to be kept by IRS**



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| 4/13/2010 | 9:00 A 1 |

**How** ☑ I handed an attested copy of the summons to the person to whom it was directed.

**Summons**

**Was** ☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person *(if any)*.

**Served**

| Signature | Title |
|-----------|-------|
| K Kulan | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
|  |  |

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)