UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-81485-MC-COHN

UNITED STATES OF AMERICA,

    Petitioner,

v.

ALBERT M. KELLY,

    Respondent.

_____/

**PETITIONER'S MOTION FOR CONTINUANCE
OF SHOW CAUSE HEARING**

COMES NOW, the United States of America, the Petitioner herein, by and through the undersigned Assistant United States Attorney, and hereby requests the Court to continue the Show Cause Hearing, currently set to be held on Friday, December 10, 2010, to a date during the week of December 13, 2010, or at any time thereafter. The following facts and grounds are provided in support of this motion.

1. On November 17, 2010, the Petitioner filed its Petition to Enforce Internal Revenue Service Summons. See Docket Entry (DE) 1. The Declaration of K.A. Kulani, summarizing aspects of her investigation in this case, was attached as Exhibit A to the Petition. Id.

2. On November 18, 2010, the Court entered its Order to Show Cause, setting a show cause hearing on December 10, 2010, at 9:00 a.m. See DE 3.

3. On November 18, 2010, the undersigned attorney received the Court's Order, and communicated the information concerning the scheduling of the show cause hearing and service deadline to IRS Revenue Officer K.A. Kulani.

4. Revenue Officer Kulani advised that she is scheduled to be out of the district, on leave, on the date of the hearing. Revenue Officer Kulani will be back in the Southern District of Florida on Monday, December 13, 2010.

5. As indicated in the Petition, Revenue Office Kulani is assigned to the underlying IRS investigation. No other IRS revenue office is as familiar with the history of IRS' contacts with the Respondent as Revenue Office Kulani; thus, no other revenue officer would be in a position to answer any questions the Court might have as accurately and efficiently as Revenue Officer Kulani.

6. The Petitioner believes that the presence of Revenue Officer Kulani at the show cause hearing would be very helpful to the Court, and the parties, due to her longstanding contact with the underlying investigation, which resulted in the instant litigation.

7. Continuing the date of the show cause hearing to a time on December 13, 2010, or on any date thereafter, would allow Revenue Office Kulani to be present at, and participate in, the hearing.

8. The requested continuance would not prejudice Respondent Kelly, and would assist in the efficient resolution of this matter.

9. At the present time, Respondent Kelly has not yet been served.

WHEREFORE, the Petitioner requests this Honorable Court to grant a continuance of the show cause hearing to a date/time on or after December 13, 2010. The Petitioner requests the Court

to issue an amended Order to Show Cause bearing the new date and time, or simply issue the proposed order granting the requested continuance, for service upon the Respondent.

Dated: November 18, 2010  
      Ft. Lauderdale, Florida

Respectfully submitted,

WIFREDO A. FERRER  
UNITED STATES ATTORNEY

By:    s/David I. Mellinger  
DAVID I. MELLINGER, Florida Bar No.0821365  
Assistant United States Attorney  
E-mail: David.Mellinger@usdoj.gov  
United States Attorney's Office  
500 E. Broward Boulevard, Suite 700  
Fort Lauderdale, Florida 33394  
Tel: (954) 356-7255  
Fax: (954) 356-7180  
*Attorney for Petitioner*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 18, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel/parties of record on the attached Service List in the manner specified.

   s/ David I. Mellinger  
DAVID I. MELLINGER  
Assistant United States Attorney

3

**SERVICE LIST**
United States v. Albert M. Kelly
Case No. 10-81485-MC-COHN
United States District Court, Southern District of Florida

        David I. Mellinger
        Assistant United States Attorney
        E-mail: David.Mellinger@usdoj.gov
        United States Attorney's Office
        500 E. Broward Boulevard, Suite 700
        Fort Lauderdale, Florida 33394
        Tel: (954) 356-7255
        Fax: (954) 356-7180
        *Attorney for Petitioner United States*
        **via Notices of Electronic Filing generated by CM/ECF**